**Dismiss; Opinion Filed June 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01489-CV

**MORRIS COE, Appellant**
**V.**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03634-B**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

The filing fee in this case is past due. By postcard dated November 21, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Thereafter, the clerk's record in this case was filed but the reporter's record was not filed. Our notifications to appellant regarding the overdue reporter's record have been returned and were sent to a second address without response from appellant. To date, appellant has not paid the filing fee, responded to notifications regarding the reporter's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 42.3(b), (c).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

141489F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MORRIS COE, Appellant

No. 05-14-01489-CV      V.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-03634-B.
Opinion delivered by Justice Lang. Justices
Bridges and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FEDERAL NATIONAL MORTGAGE ASSOCIATION recover its costs of this appeal from appellant MORRIS COE.

Judgment entered this 10th day of June, 2015.